Elizabeth C. Pritzker (Cal. Bar No. 146267)
*ecp@pritzkerlevine.com*
Jonathan K. Levine (Cal. Bar No. 220289)
*jkl@pritzkerlevine.com*
Bethany Caracuzzo (Cal. Bar No. 190687)
*bc@pritzkerlevine.com*
Caroline Corbitt (Cal. Bar. No. 305492)
*ccc@pritzkerlevine.com*
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| C&M PHARMACY INC., d/b/a PARVIN'S PHARMACY & KATZ PHARMACY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CAREMARK, L.L.C.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 2:25-cv-1099<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>Jury Trial Demanded |

Plaintiff C&M Pharmacy Inc., d/b/a Parvin's Pharmacy & Katz Pharmacy ("Plaintiff"), hereby files this Notice of Related Cases under Central District of California Local Rule 83-1.3.

This case involves substantially the same subject matter as another action pending in this district, brought by Plaintiff Keaveny Drug, Inc., on behalf of itself and a class of those similarly situated. The related action is captioned *Keaveny Drug, Inc. v. GoodRx, Inc., 2:24-cv-9379*, filed October 30, 2024, and is pending before the Honorable Sherilyn Peace Garnett and the Honorable Steve Kim.

Under Local Rule 83-1.3.1, actions are related if they appear:

(a)     Arise from the same or a closely related transaction, happening, or event;

(b)     Call for determination of the same or substantially related or similar questions of law and fact; or

(c)     For other reasons would entail substantial duplication of labor if heard by different judges.

The related action is a class action seeking damages and injunctive relief against GoodRx, Inc.; GoodRx Holdings, Inc.; Caremark, L.L.C.; Express Scripts, Inc.; MedImpact Healthcare Systems, Inc.; and Navitus Health Solutions, LLC. It alleges that the defendants violated section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1. This action is related: it brings the same cause of action based on largely the same price-fixing scheme. The two cases arise from the same or closely related transactions and call for the determination of many of the same or substantially related legal and factual questions.

DATED:  February 7, 2025                    Respectfully submitted,

                                            **PRITZKER LEVINE LLP**
                                            By: */s/ Elizabeth C. Pritzker*

1

Elizabeth C. Pritzker (Cal. Bar No. 146267)
*ecp@pritzkerlevine.com*
Jonathan K. Levine (Cal. Bar No. 220289)
*jkl@pritzkerlevine.com*
Bethany Caracuzzo (Cal. Bar No. 190687)
*bc@pritzkerlevine.com*
Caroline Corbitt (Cal. Bar. No. 305492)
*ccc@pritzkerlevine.com*
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Tel.: (415) 692-0772
Fax: (415) 366-6110

John A. Kehoe *(pro hac vice forthcoming)*
*jkehoe@kehoelawfirm.com*
**KEHOE LAW FIRM, PC**
2001 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 792-6676

*Attorneys for Plaintiff*

2

**PROOF OF SERVICE**

I hereby certify that on February 7, 2025, I caused to be electronically filed the foregoing document NOTICE OF RELATED CASES with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


*/s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker

3