NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| C&M PHARMACY INC., d/b/a PARVIN'S PHARMACY & KATZ PHARMACY, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOODRX, INC.; GOODRX HOLDINGS, INC.; CAREMARK, L.L.C.; EXPRESS SCRIPTS, INC.; MEDIMPACT HEALTHCARE SYSTEMS, INC.; and NAVITUS HEALTH SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-cv-01099-ODW-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom 5D, 5th Floor<br>Honorable Otis D. Wright II |

The Court, having read and considered the joint stipulation (the "**Joint Stipulation**") filed on behalf of C&M Pharmacy Inc., d/b/a Parvin's Pharmacy & Katz Pharmacy and GoodRx, Inc., GoodRx Holdings, Inc., Caremark, L.L.C., Express Scripts, Inc., MedImpact Healthcare Systems, Inc., and Navitus Health Solutions LLC

(collectively, the "**Parties**"), and finding GOOD CAUSE thereon, hereby grants the Joint Stipulation.

      **IT IS HEREBY ORDERED** that:

      1.    Defendants' time to answer, move, or otherwise respond in the Action is extended until forty-five (45) days after the date upon which the JPML rules upon the Second Motion to Transfer (the "**Extension Period**").

      2.    During the Extension Period, none of the Parties shall seek or be required to provide the disclosures or discovery contemplated by Federal Rules of Civil Procedure 26, 30, 31, 33, 34, or 36.

      3.    If Defendants answer, move, or otherwise plead with respect to a complaint in a Related Action pending in any district, Defendants will concurrently answer, move, or otherwise plead with respect to the Complaint in the Action.

      4.    The Joint Stipulation and proposed order do not constitute a waiver of any of the Parties' claims, rights, arguments, or defenses, including but not limited to the right to seek a further extension of Defendants' time to answer or otherwise respond to the Complaint or any other pleading filed by Plaintiff in any of the Related Actions.

      5.    The Parties shall file with the Court a status report **every sixty (60) days** informing the Court of the status of the JPML proceedings.

      6.    The Parties shall additionally file with the Court a status report **within seven (7) days** of the JPML's ruling upon the Second Motion to Transfer.

      IT IS SO ORDERED.

Dated: February 21, 2025

                                        HON. OTIS D. WRIGHT II
                                        UNITED STATES DISTRICT JUDGE